**IN THE UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS GRANDSTAFF,** | : | |
| **PLAINTIFF,** | : | **CASE NO. 2:05-CV-042** |
| | : | **JUDGE GRAHAM** |
| **v.** | : | **MAGISTRATE JUDGE KING** |
| **LOWES HOMES CENTERS, INC.,** | : | |
| **DEFENDANT.** | : | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Now comes the Plaintiff, by and through his undersigned Counsel, and hereby gives notice of voluntary dismissal of all claims in the above-captioned case.  Said dismissal is with prejudice.

Respectfully Submitted,

/s/ Nicholas E. Kennedy
Nicholas E. Kennedy (0070310)
KENNEDY REEVE & KNOLL
*Attorneys and Counselors at Law*
98 Hamilton Park
Columbus, Ohio 43203
(614) 228-2050 telephone
(614) 228-3320 facsimile

Counsel for Plaintiff

/s/ David A. Kadela per tele. auth.
David A. Kadela (0036863)
 Littler Mendelson
21 East State Street, Suite 1600
Columbus, Ohio 43215
(614) 463-4201 telephone
(614) 221-3301 facsimile

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Voluntary Dismissal was served upon David A. Kadela of Littler Mendelson at 21 East State Street, Suite 1600, Columbus, Ohio 43215, by ordinary U.S. mail and electronic mail, on this the 8th day of September, 2005.

/s/ Nicholas E. Kennedy
Nicholas E. Kennedy (0070310)
Counsel for Plaintiff